**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

MID-CONTINENT CASUALTY COMPANY,
a foreign corporation,

        Plaintiff,

vs.

        CASE NO: 9:16-cv-81245-RLR

R.J.S. CONSULTANTS, INC. d/b/a PRESTIGE
WINDOW & DOOR, INC., a Florida
Corporation; and WILLIAM WEISBERG, an
individual,

        Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, Mid-Continent Casualty Company, R.J.S. Consultants, Inc. d/b/a Prestige Window & Door, Inc. and William Weisberg, by and through their respective undersigned attorneys, hereby jointly stipulate to the dismissal with prejudice of the entire lawsuit, with each party agreeing to bear their own attorneys' fees and costs.

*[Joint Signature Page Follows]*

Dated April 19, 2017.

/s/ *Nicole Di Pauli Gould*
**RONALD L. KAMMER**
Florida Bar No. 360589
rkammer@hinshawlaw.com
**PEDRO E. HERNANDEZ**
Florida Bar No. 30365
phernandez@hinshawlaw.com
**NICOLE DI PAULI GOULD**
Florida Bar No. 110363
ndipauligould@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd., 4th Floor
Miami, Florida 33134
Ph: 305-358-7747
Fax: 305-577-1063
*Attorneys for Mid-Continent Casualty Company*

/s/ *Alex L. Brockmeyer*
**MARK A. BOYLE**
Florida Bar No. 0005886
MBoyle@Insurance-Counsel.com
Eservice@Insurance-Counsel.com
DIandoli@Insurace-Counsel.com
**ALEXANDER L. BROCKMEYER**
Florida Bar No. 0105758
ABrockmeyer@Insurance-Counsel.com
Eservice@Insurance-Counsel.com
BElsdon@Insurance-Counsel.com
BOYLE & LEONARD, P.A.
2050 McGregor Boulevard
Fort Myers, FL 33901
Ph: 239-337-1303
Fax: 239-337-7674
*Attorneys for R.J. S. Consultants d/b/a Prestige Window & Door, Inc. and William Weisberg*

/s/ *Daniel A. Thomas*
**DANIEL A. THOMAS**
Florida Bar No. 168262
dthomas@mrachek-law.com
**GREGORY S. WEISS**
Florida Bar No. 163430
gweiss@mrachek-law.com
MRACHEK, FITZGERALD, ROSE, KONOPKA, THOMAS & WEISS, P.A.
505 South Flagler, Suite 600
West Palm Beach, FL 33401
Ph: 561-655-2250
Fax: 561-655-5537
*Attorneys for William Weisberg*

15372489v1 0958843

## CERTIFICATE OF SERVICE

  I hereby certify that on April 19, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                */s/ Nicole Di Pauli Gould*
                **Nicole Di Pauli Gould**
                ndipauligould@hinshawlaw.com

15372489v1 0958843