**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

Mid-Continent Casualty Company,

    Plaintiff,

v.                                          Case No.: 16-cv-81245-Rosenberg

R.J.S. Consultants, Inc., d/b/a
Prestige Window & Door, Inc., and
William Weisberg,

    Defendants.

_____/

## **DEFENDANT'S NOTICE OF FILING SATISFACTION OF JUDGMENT**

Defendant, William Weisberg, by and through undersigned counsel, gives notice of filing the Release and Satisfaction of Judgment and Bill of Costs dated April 20, 2017, pursuant to the parties complete settlement of this action.

                                      By:    s/Daniel A. Thomas
                                                     DANIEL A. THOMAS
                                                     Florida Bar No. 168262
                                                     dthomas@mrachek-law.com
                                                     GREGORY S. WEISS
                                                     Florida Bar No. 163430
                                                     gweiss@mrachek-law.com
                                                     MRACHEK, FITZGERALD, ROSE,
                                                          KONOPKA, THOMAS & WEISS, P.A.
                                                     505 South Flagler, Suite 600
                                                     West Palm Beach, Florida 33401-5945
                                                     Telephone:  561-655-2250
                                                     Facsimile:  561-655-5537
                                                     ***Attorneys for Defendant, William Weisberg***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document is being electronically filed on May 17, 2017, with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record identified on the attached Service List.

|  |  |
|---|---|
| By: | s/Daniel A. Thomas |
|  | DANIEL A. THOMAS |

**SERVICE LIST**

Ronald L. Kammer, Esq.
Pedro E. Hernandez, Esq.
Nicole Di Pauli Gould, Esq.
Samantha S. Rhayem, Esq.
Hinshaw & Culbertson LLP
*Counsel for Mid-Continent Casualty Company*
2525 Ponce de Leon Blvd., Suite 400
Miami, FL  33134
Telephone:  305-358-7747
Facsimile:  305-577-1063
rkammer@hinshawlaw.com
phernandez@hinshawlaw.com
ndipauligould@hinshawlaw.com
srhayem@hinshawlaw.com


Mark A. Boyle, Esq.
Boyle & Leonard, P.A.
*Counsel for William Weisberg and R.J.S. Consultants, Inc.*
2050 McGregor Boulevard
Fort Myers, FL  33901
Telephone:  239-337-1303
Facsimile:  239-337-7674
eservice@insurance-counsel.com
MBoyle@insurance-counsel.com

*Prepared By: Alexander L. Brockmeyer*
Boyle & Leonard, P.A.
2050 McGregor Blvd.
Fort Myers, Florida 33901

# *Release and Satisfaction of Judgment and Bill of Costs*

**Know All Men By These Presents:** *that* **William Weisberg**, *the owner and holder of that certain Judgment and Bill of Costs more particularly described as follows:*

*That certain Judgment in a Civil Case filed and entered in that certain action styled William Weisberg v. Pinetree Homes, Inc.,et al., filed in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, bearing case number 50-2010-CA-020216, entered May 10, 2016, bearing Filing # 41301926, recorded therein on May 12, 2016, and bearing CFN 20160167458 (the "Judgment"); Book 28294, Page 89,*

*That certain Bill of Costs in a Civil Case filed and entered in that certain action styled William Weisberg v. Pinetree Homes, Inc.,et al., filed in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, bearing case number 50-2010-CA-020216, entered September 19, 2016, bearing Filing # 46628267, recorded therein on September 21, 2016, and bearing CFN 20160338642 (the "Bill of Costs"); Book 28588, Page 1786,*

*entered against* **R.J.S. Consultants, Inc. d/b/a Prestige Window & Door, Inc.***, hereby releases and fully and completely satisfies the Judgment and Bill of Costs, and surrenders the same as canceled and satisfied, and hereby directs the Clerk of said Circuit Court to cancel the same of record in all places so filed.*

*Witness my hand and seal this* 20th *day of* April *, 2017.*

Signed, sealed and delivered in the presence of:

**William Weisberg**

_____          _____
William Weisberg (sign name)

_Hannah Bourget_____          _____
Witness #1 (print name)                Witness #1 (sign name)

_Erica Lester Sadowski_____          _____
Witness #2 (print name)                Witness #2 (sign name)

STATE OF _Florida_          COUNTY OF _Palm Beach_

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid, to take acknowledgements, personally appeared **William Weisberg**, *who [] is personally known to me [✓] produced* _William Weisberg_ *as identification, and who did not take an oath.*

1

Error! Unknown document property name.

WITNESS my hand and official seal in the County and State last aforesaid this 20th day of April, 2017.

_____
Notary Public (sign & print name)
Hannah Bourget

My Commission Expires:

(seal)



HANNAH BOURGET
MY COMMISSION # GG 077856
EXPIRES: February 28, 2021
Bonded Thru Notary Public Underwriters

Error! Unknown document property name.